United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| RICARDO M. PRADO, | Case No. 20-CV-06107-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| USCB, INC., | |
| Defendant. | |

On November 24, 2020, the parties filed a Joint Case Management Statement. ECF No. 18. The Court continues the December 2, 2020 Case Management Conference to February 24, 2021 at 2:00 p.m. The parties shall file their joint case management statement by February 17, 2021.

The parties state that they have agreed to engage in a settlement conference before a United States Magistrate Judge. ECF No. 18. The Court refers the parties to a settlement conference with United States Magistrate Judge Susan van Keulen with a completion deadline of March 1, 2021. The parties shall file a stipulation of dismissal or a joint settlement status report by March 8, 2021.

The Court sets the following case schedule:

| Scheduled Event | Date |
|---|---|
| Last Day to Amend Pleadings/Add Parties | December 22, 2020 |
| Further Case Management Conference | February 24, 2021 at 2:00 p.m. |

1

Case No. 20-CV-06107-LHK
CASE MANAGEMENT ORDER

| Magistrate Judge Settlement Conference Deadline | March 1, 2021 |
|---|---|
| Deadline to File Stipulation of Dismissal or Joint Settlement Status Report | March 8, 2021 |
| Opening Expert Reports | May 17, 2021 |
| Rebuttal Expert Reports | June 7, 2021 |
| Close of Fact and Expert Discovery | June 28, 2021 |
| Last Day to File Dispositive Motions (one per side in the entire case) | July 19, 2021 |
| Hearing on Dispositive Motions | September 2, 2021 at 1:30 p.m. |
| Final Pretrial Conference | November 4, 2021 at 1:30 p.m. |
| Jury Trial | November 22, 2021 at 9:00 a.m. |
| Length of Trial | 2 days |

**IT IS SO ORDERED.**

Dated: November 25, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge