UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICARDO M. PRADO,<br><br>    Plaintiff,<br><br>    v.<br><br>USCB, INC.,<br><br>    Defendant. | Case No. 20-CV-06107-LHK<br><br>**CASE MANAGEMENT ORDER** |

On February 17, 2021, the parties filed a Joint Case Management Statement. ECF No. 22. The Court continues the February 24, 2021 Case Management Conference to May 26, 2021 at 2:00 p.m. The parties shall file their joint case management statement by May 19, 2021.

On November 25, 2020, the Court referred the parties to a settlement conference with United States Magistrate Judge Susan van Keulen with a completion deadline of March 1, 2021. However, the parties have not scheduled their settlement conference as of February 18, 2021. The Court is disappointed that the parties have failed to schedule their settlement conference when less than two weeks remain before the deadline. The Court extends the deadline for a settlement conference to April 15, 2021 and directs the parties to contact Judge van Keulen's Courtroom Deputy to schedule a settlement conference.

In their Joint Case Management Statement, the parties state that "[n]o discovery has been taken to date." *Id*. at 3. The Court is disappointed that the parties have failed to serve discovery for months.

In their Joint Case Management Docent Statement, the parties request with no explanation

1

Case No. 20-CV-06107-LHK
CASE MANAGEMENT ORDER

different dates from the dates previously set by the Court. *Id*. at 4. Based on the parties' lack of diligence in litigating this case as discussed above, the Court DENIES the parties' request to amend the case schedule. Accordingly, the case schedule remains as set in the November 25, 2020 Case Management Order. ECF No. 19. The Court reproduces the schedule below for the convenience of the parties.

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend Pleadings/Add Parties | December 22, 2020 |
| Magistrate Judge Settlement Conference Deadline | April 15, 2021 |
| Deadline to File Stipulation of Dismissal or Joint Settlement Status Report | April 22, 2021 |
| Opening Expert Reports | May 17, 2021 |
| Further Case Management Conference | May 26, 2021 at 2:00 p.m. |
| Rebuttal Expert Reports | June 7, 2021 |
| Close of Fact and Expert Discovery | June 28, 2021 |
| Last Day to File Dispositive Motions (one per side in the entire case) | July 19, 2021 |
| Hearing on Dispositive Motions | September 2, 2021 at 1:30 p.m. |
| Final Pretrial Conference | November 4, 2021 at 1:30 p.m. |
| Jury Trial | November 22, 2021 at 9:00 a.m. |
| Length of Trial | 2 days |

If the parties continue to miss deadlines and fail to comply with Court orders, this Court may stay the case and administratively close the case file.

**IT IS SO ORDERED.**

Dated: February 18, 2021

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge